# JOHN J. BERRY v. M. J. KOLB.[1]

January 3, 1913.

Nos. 17,867—(132).

**Fraud — complaint sufficient against a demurrer.**
The allegation that defendant, by means of the fraud set out in the complaint, obtained from and converted a certain sum of plaintiff's money, is a sufficient allegation of damages, as against a demurrer.

Action in the district court for Clearwater county to recover $7,297.30, the value of money orders obtained from plaintiff by fraud. From an order, McClenahan, J., overruling defendant's demurrer to the complaint, he appealed. Affirmed.

[1] Reported in 139 N. W. 138.

*William A. McGlennon,* for appellant.

*Marshall A. Spooner, Thomas Keefe* and *John R. Coan,* for respondent.

PER CURIAM.

This is an appeal by defendant from an order overruling his demurrer to the complaint.

The claim of the defendant is that the complaint does not allege that plaintiff was damaged by the fraudulent acts ·of defendant complained of, and that, as damages are the gist of an action for deceit, the complaint does not state a cause of action. But, liberally construed, the complaint does allege that plaintiff was damaged by the fraud of defendant. The allegation that defendant, by means of the fraud, obtained from and converted $7,297.30 of plaintiff's moneys, is a sufficient allegation of damages, as against a demurrer.

Order affirmed.